# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DACHA DEGRUY, DEVIN DEGRUY AND KIMANI RAMEE | * * * | CIVIL ACTION |
| | * | NO. |
| Plaintiffs | * * | SECTION: |
| VERSUS | * * | JUDGE: |
| | * | |
| PENSKE LOGISTICS AND FREDRICK STODGHILL | * * * | MAGISTRATE: |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, DACHA DEGRUY, DEVIN DEGRUY AND KIMANI RAMEE, all persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who respectfully submit the following Complaint:

### I. INTRODUCTION

1.

This cause of action arises out of a motor vehicle collision that occurred on or about July 23, 2017, in the Parish of Orleans, State of Louisiana.

### II. THE DEFENDANTS

2.

Made Defendants herein are:

A.   FREDRICK STODGHILL ("Defendant Stodghill") a person of the full age of the majority and resident of and domiciled in the County of Decatur, State of Georgia;

B.  PENSKE LOGISTICS, LLC, (hereinafter, "Penske"), a foreign corporation upon information and belief, incorporated in the State of Indiana and having its principal place of business in the State of Indiana, who upon information and belief was at all times relevant herein the owner of the vehicle that caused the July 23, 2017, motor vehicle collision at issue and the entity that employed Defendant Stodghill while he was driving in the course and scope of his employment at the time of the July 23, 2017, motor vehicle collision;

### III. JURISDICTION AND VENUE

**3**.

This Court has jurisdiction over this proceeding pursuant to 28 USC § 1332 due to the complete diversity of the parties, and that the amount in controversy exceeds the jurisdictional threshold of $75,000, exclusive of interest and cost.

4.

Venue is proper in this Court pursuant to 28 USC § 1391(b)(2) as the district in which a substantial part of the events giving rise to this claim occurred.

### IV. FACTS

**5**.

On or about July 23, 2017, Dacha Degruy was the owner and operator of a 2016 Nissan Sentra, traveling westbound in the right lane of Interstate 10 West.

6.

Plaintiffs, Devin Degruy and Kimani Ramee, were passengers in the vehicle driven by Mrs. Degruy at the time of the July 23, 2017 crash.

7.

At the same date and time, Defendant Stodghill, was driving a 2015 Volvo 80000 Freightliner truck (VIN: 4V4NC9EH8FN910351) with an attached box trailer, westbound on I-10 in the left-hand lane.

8.

Defendant Stodghill negligently failed to keep a proper lookout and attempted to change from the left-hand to the right lane, causing his vehicle to enter Plaintiffs' lane of travel and collide with Plaintiffs' vehicle.

9.

As a result of Defendant Stodghill colliding with the Degruy vehicle, Dacha Degruy, Devin Degruy, Kimani Ramee were violently jolted inside the vehicle.

10.

Defendant Stodghill was cited by the New Orleans Police Department for improper lane change.

11.

The vehicle being driven by Defendant Stodghill was owned by Penske, and Defendant Stodghill was within the course and scope of his employment with Penske when he crashed into the vehicle containing Plaintiffs.

## V. FAULT OF FREDRICK STODGHILL

12.

The above described July 23, 2017 motor vehicle collision and the resulting injuries to Plaintiffs were caused through the negligence of Defendant Stodghill, which negligence includes, but is not limited to, the following actions and/or inaction:

10

a) Disregarded traffic conditions;

b) Gross negligence;

c) Failure to maintain proper control of a vehicle;

d) Failure to maintain a proper lookout and/or being distracted or inattentive;

e) Failure to take all reasonable evasive action to avoid a collision at issue herein;

f) Failure to yield;

g) Failure to properly change lanes;

h) Failure to see what should have been seen;

i) Improper lane usage;

j) Operation of the vehicle in a reckless and/or negligent manner;

k) Acting in violation of the laws of the State of Louisiana and/or the Parish of Orleans, all of which acts may be properly proven at the trial of this matter; and

l) Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws of Louisiana and/or applicable ordinances which are hereby pleaded and adopted by reference.

## VI. LIABILITY OF PENSKE LOGISTICS, LLC.

13.

As a result of the foregoing, and as per applicable Louisiana law including, but not limited to, the Doctrines of Respondeat Superior; negligent entrustment; negligent hiring, training, and supervision; principal and agent; permissive use; vehicle owner with responsibility for maintenance and upkeep; and/or master-servant doctrines, said Penske is a proper party-defendant and is responsible for the negligence and/or liability attributed to Defendant Stodghill.

## VII. LIABILITY OF PENSKE LOGISTICS, LLC AS INSURER

14.

Penske Logistics, LLC, at all times relevant herein, had in full force and effect a policy of liability insurance coverage in favor of defendants, Penske, as owner, and Defendant Stodghill, as operator of the insured vehicle, for his negligence in connection with the July 23, 2017, motor vehicle collision at issue herein. As a result of the foregoing and as per applicable Louisiana law, Penske Logistics LLC as a self- insured entity, has been named herein as party-defendant, and is answerable and/or responsible for the negligence and/or liability of Defendant Stodghill and Penske.

## VIII. DAMAGES

15.

As a result of said July 23, 2017, motor vehicle collision, Mrs. Dacha Degruy suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

16.

Mrs. Dacha Degruy's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Stodghill and his failure to operate his vehicles in a proper, prudent, and safe manner.

17.

As a result of the motor vehicle collision at issue, Mrs. Dacha Degruy suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Property damage;

f) Past, present, and future lost earnings;

g) Loss of earning capacity; and

h) All damages allowed under Louisiana law which may be proven at the trial of this matter.

18.

As a result of said July 23, 2017, motor vehicle collision, Mrs. Devin Degruy suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

19.

Mrs. Devin Degruy's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Stodghill and his failure to operate his vehicles in a proper, prudent, and safe manner.

20.

As a result of the motor vehicle collision at issue, Mrs. Devin Degruy suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

13

    a)   Past, present, and future mental pain and suffering;

    b)   Past, present, and future physical pain and suffering;

    c)   Past, present, and future medical expenses;

    d)   Loss of enjoyment of life;

    e)   Property damage;

    f)   Past, present, and future lost earnings;

    g)   Loss of earning capacity; and

    h)   All damages allowed under Louisiana law which may be proven at the trial of this matter.

21.

As a result of said July 23, 2017, motor vehicle collision, Ms. Kimani Ramee suffered personal and bodily injuries including, but not limited to, injuries to her neck and back. All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

22.

Ms. Kimani Ramee's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Stodghill and his failure to operate his vehicle in a proper, prudent, and safe manner.

23.

As a result of the motor vehicle collision at issue, Ms. Kimani Ramee suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

    a)   Past, present, and future mental pain and suffering;

    b)   Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Past, present, and future lost wages;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

WHEREFORE, Plaintiffs, Dacha Degruy, Devin Degruy and Kimani Ramee, pray that Defendants, FREDRICK STODGHILL AND PENSKE LOGISTICS, LLC be served with a copy of this Complaint, and, after being duly summoned to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages reasonable and found reasonable at trial, including penalties and attorney's fees as allowed by law, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

        Respectfully submitted,

        **PANDIT LAW FIRM, L.L.C.**

BY:    */s/Jason M. Baer*
       **JASON M. BAER**, Bar No. 31609
       **CASEY C. DEREUS**, Bar No. 37096
       **JOSHUA A. STEIN,** Bar No. 37885
       One Shell Square
       701 Poydras Street, Suite 3950
       New Orleans, LA 70139
       Telephone:   (504) 313-3800
       Facsimile:    (504) 313-3820

       And

**MOTTA LAW FIRM, LLC**
**VANESSA MOTTA (# 36915)**
525 Clay Street
Kenner, LA 70062
Telephone: (504) 500-7246
Facsimile: (504) 513-3122
Email: Vanessa@mottalaw.com
*Counsel for Plaintiffs*

**PLEASE SERVE:**

**FREDRICK STODGHILL**
Through Louisiana Long arm statute:
11996 Scenic Highway, Apt 108
Pensacola, FL 32514

**PENSKE LOGISTICS, LLC**
Through its agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802