## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DACHA DEGRUY, DEVIN DEGRUY, AND KIMANI RAMEE | * * * | CIVIL ACTION NO. 2:18-cv-06885-JCZ-MBN |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE: JAY C. ZAINEY |
| PENSKE LOGISTICS AND FREDRICK STODGHILL | * * * | MAGISTRATE: MICHAEL NORTH |
| Defendants | * | |

*****************************************************************************

## **ORDER**

CONSIDERING THE FOREGOING MOTION:

IT IS THE ORDER OF THE COURT that the law firm of PANDIT LAW FIRM, and its affiliated attorneys, RAJAN PANDIT, JASON M. BAER, CASEY C. DEREUS, AND JOSHUA A. STEIN, are hereby withdrawn as counsel of record for the plaintiffs.

IT IS FURTHER ORDERED BY THIS COURT that BAER LAW, LLC, and its affiliated attorneys, JASON M. BAER, JOSHUA A. STEIN AND CASEY C. DEREUS, located at 3000 Kingman Street, Suite 200, Metairie, LA 70006; Telephone: (504) 372-0111; Facsimile: (504) 372-0151 be enrolled as counsel of record for the Plaintiffs, DACHA DEGRUY, DEVIN DEGRUY AND KIMANI RAMEE.

Done this 18th day of April, 2019, at New Orleans, Louisiana.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE