## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DACHA DEGRUY, DEVIN DEGRUY AND KIMANI RAMEE | * * * | CIVIL ACTION NO. 2:18-cv-06885 |
| Plaintiffs | * * | JUDGE JAY C. ZAINEY |
| VERSUS | * * | MAGISTRATE MICHAEL B. NORTH |
| PENSKE LOGISTICS AND FREDRICK STODGHILL | * * | JURY DEMAND |

## ORDER OF DISMISSAL

Considering the above and foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiffs, Dacha Degruy, Devin Degruy and Kimani Ramee, in the above entitled and numbered cause against all Defendants, be and the same are dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana this 15th day of May, 2019.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT COURT